■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL SABARI, Appellant. [720 NYS2d 864] —Judgment unanimously reversed on the law, plea vacated and matter remitted to Onondaga County Court for further proceedings on the indictment. Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of assault in the first degree (Penal Law § 120.10 [1]). When County Court asked defendant during the allocution whether he committed the assault, defendant replied that he was drunk and did not remember what happened. Based upon that reply, "an additional inquiry should have been made to clarify whether the defendant was asserting that he had been intoxicated to such degree as to negate intent, and if so, whether he knowingly waived this potential defense" (*People v Simone,* 179 AD2d 694, 695; *see, People v Jimenez,* 73 AD2d 533, 534). The court erred in accepting the plea without making such additional inquiry (*see, People v Simone, supra,* at 695; *People v Jimenez, supra,* at 534). Therefore, we reverse the judgment, vacate the plea and remit the matter to Onondaga County Court for further proceedings on the indictment. (Appeal from Judgment of Onondaga County Court, Burke, J.—Assault, 1st Degree.) Present—Pigott, Jr., P. J., Green, Hayes, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW ANDRE, Appellant. [720 NYS2d 865] —Judgment unanimously affirmed. Memorandum: The record supports County Court's determination that defendant violated the terms and conditions of his probation (*see, People v Gipson,* 256 AD2d 718; *People v Green,* 255 AD2d 923, *lv denied* 93 NY2d 853). The numerous violations, taken as a whole, were sufficiently serious to warrant the revocation of probation (*see, People v Green, supra,* at 923). The sentence of imprisonment imposed following the revocation of probation is neither unduly harsh nor severe. (Appeal from Judgment of Orleans County Court, Punch, J.—Violation of Probation.) Present—Pigott, Jr., P. J., Green, Hayes, Scudder and Kehoe, JJ.